UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS DERISE CORBRAY,

                Petitioner,

    v.

JASON BENNETT,

                Respondent.

Case No. 3:24-cv-05284-RSM-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, the petition for writ of federal habeas corpus relief, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is adopted and approved;

(2) Petitioner's habeas corpus petition is dismissed without prejudice;

(3) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 10th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1